IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LESLIE WILLIAMS,

    Plaintiff,

v.

CAROLYN L. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

Case No. 3:14-cv-01336-PA

**ORDER**

**PANNER, District Judge:**

    Based on the parties' stipulation, and on my review of the exhibit in support of the requested attorney's fees, I award Plaintiff $2,016.64 in attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The check for attorney's fees shall be payable to Plaintiff's attorney, Merrill Schneider, after satisfaction of any debts Plaintiff owes to the federal government. *See Astrue v. Ratliff*, 560 U.S. 586, 591-93 (2010).

1 - ORDER

## CONCLUSION

Plaintiff's Unopposed Motion for Attorney Fees, ECF No. 22, is granted. Plaintiff is awarded $2,016.64 in attorney's fees under the EAJA, subject to offset for any debts owed by Plaintiff to the federal government.

IT IS SO ORDERED.

DATED this 9 day of June, 2016.

*/s/ Owen M. Panner/*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER